FILED

04/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0572

SCARLET VAN GARDEREN, a minor by and through her guardians, Jessica van Garderen and Ewout van Garderen; JESSICA VAN GARDEREN, an individual; EWOUT VAN GARDEREN, an individual; PHOEBE CROSS, a minor by and through his guardians Molly Cross and Paul Cross; MOLLY CROSS, an individual; PAUL CROSS, an individual; JANE DOE, an individual; JOHN DOE, an individual; JUANITA HODAX, on behalf of herself and her patients, KATHERINE MISTRETTA, on behalf of herself and her patients,

      Plaintiffs and Appellees,

v.

STATE OF MONTANA; GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana; AUSTIN KNUDSEN, in his official capacity as Attorney General; MONTANA BOARD OF MEDICAL EXAMINERS; MONTANA BOARD OF NURSING; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; CHARLIE BRERETON, in his official capacity as Director of the Montana Department of Public Health and Human Services,

      Defendants and Appellants.

ORDER

Katelyn Kang of New York City, New York, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Katelyn Kang to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Katelyn Kang, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 1st day of April, 2024.

For the Court,

By _____
Justice